UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITI MORTGAGE, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04186-JD<br><br>**ORDER OF REFERRAL TO STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |

As stated on the record at the initial case management conference on February 29, 2024, and in the minute order, Dkt. No. 34, counsel of record for defendant Dyck O'Neal, Cuong Minh Nguyen of Ghidotti Berger LLP, and Diala Debbas of Aldridge Pite LLP, have failed to abide by multiple Court orders. *See* Dkt. Nos. 14, 15, and 24. Counsel did not respond in any way to plaintiff Brown's motions for relief, in violation of two Court orders and Civil Local Rule 7-3(b), and they failed to appear at the initial case management conference. Counsel sent an email to the Court's courtroom deputy during the CMC inquiring about Zoom, but the CMC was expressly set to take place "at 10:00 a.m. in San Francisco Courtroom 11, 19th Floor," Dkt. No. 24, and the Court's website expressly states that "Case Management Conferences are held in person every Thursday at 10:00 a.m," *see* https://cand.uscourts.gov/judges/donato-james-jd/.

These failures have unduly delayed the proceedings in this case, and burdened the Court and the other parties in an entirely unnecessary and wasteful fashion. Attorneys Nguyen and Debbas have displayed a highly unprofessional approach to their duty of care to their client, and a dismissive and disrespectful attitude toward the Court. This conduct raises a serious question of whether these lawyers meet the standards of professionalism required to practice in this District.

1   Consequently, attorneys Nguyen and Debbas are referred under Civil Local Rule 11-6(e) to the
2   Standing Committee on Professional Conduct.
3   **IT IS SO ORDERED.**
4   Dated: March 5, 2024

JAMES DONATO
United States District Judge